IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

13-4472
_____

UNITED STATES OF AMERICA,

    *Plaintiff-Appellee,*

    v.

MARK BAKER; BRUCE LONG;
DAVID OILER, & CARLOS HERNANDEZ,

    *Defendants-Appellants.*

_____

MOTION FOR EXTENSION OF TIME TO FILE
INITIAL BRIEF AND JOINT APPENDIX
_____

    The Appellants, through their undersigned counsel, respectfully request this Honorable Court grant a thirty-day extension to file the initial brief and joint appendix in this matter, for the following reasons.

    The Court granted a sixty-day extension to the Appellants, making the initial brief and joint appendix due on January 10, 2013. Since that time, counsel has worked diligently to complete the brief and joint appendix. However, because of the complexity of this appeal and the volume of records and research involved, counsel requires additional time to complete the initial brief and joint appendix.

    This consolidated appeal stems from two separate related trials in the district court. The first trial, involving Appellants Baker, Oiler, and Long, lasted approximately six weeks. The second trial, involving Appellant Hernandez, lasted

approximately one week. There are over 4000 combined pages of transcripts. The issues to be argued on appeal are complex. In addition, the process of collaborating and combining the arguments into a consolidated brief requires significantly more time than normally required. The time required is extraordinary and warrants an extension.

Counsel has completed a significant portion of legal research and written a significant portion of the brief. Counsel for each Appellant has met and worked together to complete this appeal as efficiently as possible. However, additional time is required to insure the Appellants' rights on appeal are diligently protected.

In addition, as counsel finalizes arguments, counsel is attempting to refine the Joint Appendix documents in order to make the Appendix as abbreviated as possible. There are currently over 1500 pages identified for inclusion in the Appendix by the Appellants alone. Counsel expects there to be more pages identified by the Government. The additional time will allow counsel to make sure the Joint Appendix is no longer than necessary.

Based on the volume of the records and the complexity of the issues in this appeal, counsel respectfully requests this Court grant an additional thirty day extension for the filing of this initial brief and joint appendix.

Counsel has consulted with the Government and the Government consents to this request.

Respectfully submitted,

**Bluestein, Nichols, Thompson & Delgado**

/s/ John Delgado
John D. Delgado, #1621
Post Office Box 7965
Columbia, SC 29202
Telephone: (803) 779-7599
Facsimile: (803 771-8097


/s/ Michael Duncan
**Austin & Rogers, PA**
#2703
W. Michael Duncan # 6173
Post Office Box 11716
Columbia, SC 29211
Telephone: (803) 256-4000
Facsimile: (803) 252-3679

**Kendrick & Leonard, P.C.**

/s/ Joshua Snow Kendrick
Joshua Snow Kendrick, # 9037
1916 Barnwell Street
Columbia, SC 29201
Telephone: (803) 667-3186


/s/ Cameron Littlejohn
Cameron B. Littlejohn, Jr.

1720 Main Street, #202
Columbia, SC 29201
Telephone: (803) 799-1888