FILED: February 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 13-4472 (L)

(3:12-cr-00430-CMC-2)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARK WILLIAM BAKER, a/k/a Lightning

Defendant - Appellant

———————————

O R D E R

———————————

The court denies the motion for extension of time to file the brief and

appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk