IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

13-4472(L)
_____

UNITED STATES OF AMERICA,

    *Plaintiff-Appellee,*

    v.

MARK BAKER; BRUCE LONG;
DAVID OILER, & CARLOS HERNANDEZ,

    *Defendants-Appellants.*
_____

MOTION TO EXCEED PAGE LIMITS FOR JOINT APPENDIX
_____

The Appellants, through their undersigned attorneys, respectfully request this Honorable Court allow them to exceed this Court's limit of joint appendix pages in a court-appointed case. Local Rule 32(a) limits the appendix in a court-appointed case to 250 sheets, which are 500 pages of double-sided copying. For the reasons below, Appellants request permission to exceed these limits.

The trial from which this appeal stems was lengthy and complex. Three defendants were charged with RICO, narcotics, money laundering, and firearms violations. There were approximately six weeks of trial. A

number of legal issues arose during the trial and were argued extensively by both sides.

Ina addition, this case was consolidated with another appeal that involved a week-long trial. Though that appeal only involves sentencing, the nature of the appeal required inclusion of numerous trial records.

Counsel has consulted among themselves and with the Government in making every effort to insure the joint appendix is as concise as possible. However, the multiple appellate issues have made it impossible to keep the joint appendix within the Court's page limits.

The Appellants have received significant sentences after this lengthy argument. This was an extremely long and complex prosecution involving a number of important legal issues. It is imperative all of their appellate issues are fully argued to this Court.

Based on the complexity of this case, the length of the trial in the lower court and the extremely important appellate rights at stake, Appellants respectfully request the Court allow them to exceed the page limits imposed by Local Rule 32(a) in filing their joint appendix. The Joint Appendix currently consists of 2735 pages.

Counsel has discussed this matter with the Assistant United States Attorney handling this case and he has no objection.

Respectfully submitted,

**Bluestein, Nichols, Thompson & Delgado**

 /s/ John Delgado
John D. Delgado, #1621
Post Office Box 7965
Columbia, SC 29202
Telephone: (803) 779-7599
Facsimile: (803 771-8097

**Kendrick & Leonard, P.C.**

/s/ Joshua Snow Kendrick
Joshua Snow Kendrick, # 9037
1916 Barnwell Street
Columbia, SC 29201
Telephone: (803) 667-3186

**Austin & Rogers, PA**

/s/ Michael Duncan
W. Michael Duncan # 6173
Post Office Box 11716
Columbia, SC 29211
Telephone: (803) 256-4000
Facsimile: (803) 252-3679

/s/ Cameron Littlejohn
Cameron B. Littlejohn, Jr. #2703
1720 Main Street, #202
Columbia, SC 29201
Telephone: (803) 799-1888

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 12th day of February, 2014, I caused this Motion to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Julius N. Richardson
OFFICE OF THE U.S. ATTORNEY
1441 Main Street, Suite 500
Columbia, South Carolina  29201
(803) 929-3136

*Counsel for Appellee*