FILED: February 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4472 (L)
(3:12-cr-00430-CMC-2)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MARK WILLIAM BAKER, a/k/a Lightning

  Defendant - Appellant

_____

O R D E R

_____

  Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

  The court grants appellant leave to file a joint appendix not to exceed 2,800 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk