IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

13-4472
_____

UNITED STATES OF AMERICA,

    *Plaintiff-Appellee,*

    v.

MARK BAKER; BRUCE LONG;
DAVID OILER, & CARLOS HERNANDEZ,

    *Defendants-Appellants.*

_____

MOTION TO FILE
INITIAL BRIEF AND JOINT APPENDIX
OUT OF TIME
_____

    The Appellants, through their undersigned counsel, respectfully request this Honorable Court accept the initial brief and joint appendix in this matter as timely filed, though it is filed past the deadline, for the following reasons.

    The initial brief and joint appendix were due on February 10, 2014. However, because of the complexity of this appeal and the volume of records and research involved, counsel was unable to complete the initial brief and joint appendix.

This consolidated appeal stems from two separate related trials in the district court. The first trial, involving Appellants Baker, Oiler, and Long, lasted approximately six weeks. The second trial, involving Appellant Hernandez, lasted approximately one week. There are over 4000 combined pages of transcripts. The issues to be argued on appeal are complex. In addition, the process of collaborating and combining the arguments into a consolidated brief took significantly more time than normally required. The time required was extraordinary and warrants this motion.

For these reasons, Appellants believe an additional thirty-day extension to file the initial brief and joint appendix is appropriate to insure the important appellate rights at stake in this matter.

Counsel has consulted with the Government and the Government consents to this request.

Respectfully submitted,

| | |
|---|---|
| **Bluestein, Nichols, Thompson & Delgado** | **Kendrick & Leonard, P.C.** |
| /s/ John Delgado | /s/ Joshua Snow Kendrick |
| John D. Delgado, #1621 | Joshua Snow Kendrick, # 9037 |
| Post Office Box 7965 | 1916 Barnwell Street |
| Columbia, SC 29202 | Columbia, SC 29201 |
| Telephone: (803) 779-7599 | Telephone: (803) 667-3186 |
| Facsimile: (803 771-8097 | |
| | |
| **Austin & Rogers, PA** | |
| /s/ Michael Duncan | /s/ Cameron Littlejohn |
| W. Michael Duncan # 6173 | Cameron B. Littlejohn, Jr. #2703 |
| Post Office Box 11716 | 1720 Main Street, #202 |
| Columbia, SC 29211 | Columbia, SC 29201 |
| Telephone: (803) 256-4000 | Telephone: (803) 799-1888 |
| Facsimile: (803) 252-3679 | |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of February, 2014, I caused this Motion to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Julius N. Richardson
OFFICE OF THE U.S. ATTORNEY
1441 Main Street, Suite 500
Columbia, South Carolina  29201
(803) 929-3136

*Counsel for Appellee*

                                                /s/ Joshua Snow Kendrick
                                                *Counsel for Appellant Long*